JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANJANA DILIP PATEL;<br>DILIP RAMANLAL PATEL; and<br>Does 1-10,<br><br>　　　　Defendants. | Case: 5:15-CV-01023-PA-AS<br><br>**ORDER** |

## **ORDER**

　　This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 14, 2015　　　　　　　／s／ _____

　　　　　　　　　　　　　　　　　　HONORABLE PERCY ANDERSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT
　　　　　　　　　　　　　　　　　　COURT JUDGE